UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDRA BEDFORD,

    Plaintiff,

v

STATE OF MICHIGAN and COUNTY
OF KALAMAZOO,

    Defendants.
_____/

Case No. 1:15-cv-1139

HON. JANET T. NEFF

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Date: March 1, 2017

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge